# THE COMMONWEALTH COURT OF PENNSYLVANIA

Department of Labor and Industry,   :
              Petitioner   :
                        :
        v.   :
                        :
John Earley,   :
              Respondent   :   No. 107 C.D. 2015

## **O R D E R**

AND NOW, this 16th day of November, 2015, the opinion filed September 9, 2015, in the above-captioned matter shall be designated Opinion rather than Memorandum Opinion, and it shall be reported.

_____
DAN PELLEGRINI, President Judge